UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAURIE KILLINGER-SMITH,**

**Plaintiff,**

**v.**                                                    **Case No. 6:25-cv-1982-CEM-DCI**

**OSCEOLA COUNTY,**

**Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Strike and/or Dismiss Count II of Plaintiff's Complaint. ("Motion," Doc. 12). The United States Magistrate Judge issued a Report and Recommendation (Doc. 32), recommending that the Motion be granted in part and that Count II be stricken from the Complaint, (*id.* at 2).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order.

2. The Defendant's Unopposed Motion to Strike and/or Dismiss Count II of Plaintiff's Complaint (Doc. 12) is **GRANTED in part**. Paragraphs 24, 25, and 26 of the Complaint (Doc. 5-1) are **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party